CLAREL HAYLES et al., Appellants, v LARRY K. DURENDA et al., Respondents. [643 NYS2d 414]

The Supreme Court properly dismissed the complaint as against the defendants pursuant to CPLR 3211 (a) (8). The record does not demonstrate that the plaintiffs properly effected service of process upon either defendant *(see,* CPLR 306, 308; Business Corporation Law §§ 306, 307). Rosenblatt, J. P., Thompson, Pizzuto and Hart, JJ., concur.